# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND, TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND, TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND, AND TRUSTEES OF THE INTERNATIONAL TRAINING FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> SPECTRUM CONSTRUCTION GROUP, INC., a California corporation; and BISHER ALJAZZAR, an individual, <br><br> Defendants. | Case No. 8:21-cv-01587-CJC-DFM <br><br> **JUDGMENT AGAINST DEFENDANT SPECTRUM CONSTRUCTION GROUP, INC.** |

1    This action having been commenced on September 29, 2021, and the Court having
2  approved the stipulation for entry of judgment in favor of Plaintiffs and against Defendant
3  Spectrum Construction Group, Inc., and for good cause shown,
4    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
5    Plaintiffs, Trustees of the Southern California Pipe Trades Health and Welfare
6  Trust Fund, Trustees of the Southern California Pipe Trades Pensioners and Surviving
7  Spouses Health Fund, Trustees of the Southern California Pipe Trades Retirement Trust
8  Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund,
9  Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the
10 Apprentice and Journeyman Training Trust Fund, Trustees of the United Association
11 National Pension Fund, and Trustees of the International Training Fund shall recover
12 from Defendant Spectrum Construction Group, Inc., a California corporation, the
13 principal amount of $53,229.01, plus pre-judgment and post-judgment interest calculated
14 at 8% per annum from April 20, 2022, until paid in full.

17 Dated: May 18, 2022

_____
Honorable Cormac J. Carney
United States District Court Judge

21 CC: FISCAL